NAME: JOSE JESUS RODRIGUEZ-QUEZADA
NUMBER: 26664-198, 1-B UNIT
FCI PO BOX, 5000
GREENVILLE, IL 62246

FILED
2007 NOV -9 PM 4:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

JOSE JESUS RODRIGUEZ-QUEZADA, et al.,
PETITIONERS

VS.

SIX UNKNOWN NAMES AGENTS.
OR MR PRESIDENT.
RESPONDENTS.

07 CV 2164 WQH NLS

CIVIL RIGHT ACTION
UNDER 42 USCA 1983
COMPLAINT.

APPOINT MORE THAN TWO LAWYER OF EACH, RETROACTIVITY TO ALL OF THE EACH PERSONS. BY JURY. ONCE ONLY TERMINATE. EQUAL PROTECTION CLAUSE, DUE PROCESS CLAUSE BY EACH

MOTION TO ONCE, CONSOLIDATION, AN AMENDMENT, DE NOVO HEARING, REVERSAL, REMAND, FINAL JUDGMENT, A RELIEF, A REMEDIES, A PERMIT, A GRANT, AN AWARD, BY JURY ON TODAY WITH RECEIPT.

A CHANGE, A BILL OF RIGHTS, MAGNA CARTA, AN INJUNCTIVE RELIEF, A REMEDIES, A RETROACTIVE REMEDIES, A RELIEF, AN EMERGENCY APPROPRIATE, AN EMERGENCY RESOLUTION, AN EMERGENCY GRANT, FOR A PERMIT, AN AWARD, A DISCHARGE, A COMPLIANCE BY JURY ON TODAY WITH RECEIPT. AN ENFORCEMENT AGREEMENT.

STATEMENT CLAIM: NO TOTAL DATE IN CUSTODY MORE THAN ONE YEAR, NO FEDERAL CIVIL ACTION BY A PRISONER CONFINED IN A JAIL, PRISON, FOR MENTAL, EMOTIONAL INJURY SUFFERED WHILE IN CUSTODY, THE WRIT OF HABEAS CORPUS, THE WRIT OF MANDAMUS ORDER IMMEDIATELY RELEASE FROM PRISON, THE WRIT OF STAY ALL CASES DECISION, TRANSFER, REHEARING, THE WRIT OF CERTIORARI FOR A JUSTICE OF THE SUPREME COURT OF THE UNITED STATES, PRIVILEGE, IMMUNITY, PARDON, DISCHARGE, NO ENTRAPMENT, NO WITNESSES TESTIFIED, NO SLANDER, NO INEFFECTIVE ASSISTANCE COUNSEL CLAIM, THE EIGHTH AMENDMENT NOR CRUEL AND UNUSUAL PUNISHMENT, NO STATE FOR THE FOURTEENTH AMENDMENT, NO UNUSUAL SEARCH AND SEIZURE, WITHOUT WARRANT ARRESTED FOR THE FOURTH AMENDMENT VIOLATION, NO FEDERAL CRIMINAL RULE ELEVENTH VIOLATION, THE WRIT OF EXECUTIVE, PLENARY PROCEEDING, THE WRIT OF VOTE BY THE CONGRESS, THE WRIT OF MANDAMUS ORDER FOR FINAL, STOP ORDER, LIBERTY, OR BY THE ORDER, DECREE ON TODAY, OR WITHIN TEN DAYS, OR PROMPTLY, NO IMPROPER VENUE, OR THE WRIT OF MANDAMUS ORDER CASE BY CASE TV NEWS HEARING, FAIRLY, ADEQUATELY, EXPUNGE OF CRIMINAL RECORDS BY EXECUTIVE ORDER, CITIZENSHIP CARD WITH FAMILIES, EACH PERSON FOR REASONABLE ATTORNEY FEES AND APPOINTING FOR ALL CASES NEW SEPARATE TRIAL WITHIN TEN DAYS, SETTLEMENT, NO RACIAL DISCRIMINATE, THE WRIT OF ALL CASES FINAL DECISION WITHIN TODAY COMPLIANCE SCHEDULED ON NOVEMBER 9, 2007, AT 1:00 PM AND TRIAL BY JURY, PUBLISH TODAY IN THE SIX NEWS PAPERS. AS SOON AS PRINT OF EACH,

RELIEF: THE WRIT OF ATTACHMENT AND GARNISHMENT, THE WRIT OF COMPENSATORY AND PUNITIVE DAMAGES, THE SUM OF AMOUNT IS TWENTY MILLIONS DOLLARS BY THE WHOLE OWNERSHIP, OR A FEE SIMPLE ABSOLUTE TRANSFER FOR SHARE TO EACH PERSON, INJUNCTION ORDER, THE WRIT OF MANDAMUS ORDER TO IMMEDIATELY FULL PAY BY CASH AND REASONABLE HEALTH CARE INSURANCE WITH FAMILIES, WITHOUT TAX, NO COURT FEES, WITHOUT ANY EXPENSES, THE DONATE TO AMERICAN RED CROSS FOR ONE THOUSAND DOLLARS FOR THE EACH PERSON AND TRIAL BY JURY. BY THE RULE OF RETROACTIVITY, NO PRICE DISCRIMINATION. TO ALL OF THE EACH PERSONS. NOT LATER THAN NOVEMBER 9, 1-PM, 2007, BY JURY ON TODAY.

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE PETITION IS TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

DATE: NOVEMBER 6, 2007

PRAYER, JOSE JESUS RODRIGUEZ-QUEZADA, ET AL., PRO SE

" ATTACHED EXHIBITS."    26664-198, [signature]

# United States District Court

_____ DISTRICT OF _____

                                                                                                      **SUMMONS IN A CIVIL ACTION**

V.                                                           CASE NUMBER:

SIX UNKNOWN NAMES AGENTS.
OR MR. PRESIDENT.

TO: (Name and Address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

                        FED. CORR. INSTITUTION
                        PO BOX. 5000 GREENVILLE, IL 62246

an answer to the complaint which is herewith served upon you, within _____TEN_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint:    BY JURY

                                                                                                                        2007

CLERK                                                                    DATE

BY DEPUTY CLERK

NAME OF THE LIST    PLAINTIFF'S OR OTHERS    UNDER 42 USCS 1983 ACTION

| | | | | | |
|---|---|---|---|---|---|
| PAK | 02116-093 | OZUA | 40709-198 | HOUSTON | 08803-041 |
| corrales | 12777-097 | PADILLA | 09449-112 | JARAMILLO | 12293-030 |
| LEE | 56617-083 | RIOS | 15341-047 | CRUZ | 01862-029 |
| NOMAR | 04845-088 | KOULAVONGSA | 09003-073 | SMITH | 08349-031 |
| PODHORN | 55380-083 | NGUYEN | 35544-019 | FURGUSON | 47415-053 |
| NIETO | 34293-179 | CALDERIN | 15590-047 | DHANDA | 07472-059 |
| PINEDA | 39093-039 | HERNANDEZ | 07674-097 | VELASQUEZ | 09605-112 |
| RODRIGUEZ | 05674-030 | VELOS | 05949-030 | RICHARDSON | 06963-033 |
| SANDOVAL | 06339-081 | LARIZZA | 15647-086 | STANCIEL | 05098-027 |
| HUYNH | 31168-044 | ZAMORA | 99365-011 | DIAZ | 04679-046 |
| ARMENDARIZ | 37688-080 | GONZALEZ | 15720-112 | ALEXANDER | 52279-098 |
| BENTRICE | 72751-080 | SHEPPARD | 14062-045 | MADALENO | 09173-073 |
| GARCIA | 27676-018 | TRAN | 00634-111 | MAY | 10662-041 |
| SALAZAR | 06500-089 | NAVARRETTE | 78828-080 | MORENO | 10227-039 |
| FERRERIA | 17053-083 | MORONES | 08102-029 | PIZANO | 11858-026 |
| DYMOWSKI | 95154-080 | BARRAZA | 15252-047 | WASHINGTON | 21853-019 |
| AROS | 07571-091 | PAYNE | 65190-065 | NAVARRO | 66323-065 |
| BAUER | 02706-090 | DAMERVILLE | 04259-030 | LOHR | 08460-041 |
| DONOVAN | 05987-089 | FELIX | 02051-112 | WOOD | 27410-603 |
| DABNEY | 17657-047 | MONOCO | 13314-006 | PATRICK | 15409-045 |
| GUADIOLA | 61695-065 | VONG | 04955-041 | SALINAS | 02672-029 |
| BOYKIN | 05183-041 | MCMILLAN | 05599-041 | HRYCYSHYN | 08377-029 |
| LOPEZ-ARCE | 09253-041 | BUCIO | 58692-097 | GONZALEZ | 45666-004 |
| WHITE | 12239-045 | BARRAGAN | 10660-097 | WILKS | 17411-045 |
| AGUILERA | 05948-424 | CHAPARRO | 61615-065 | CHAVEZ | 03583-089 |
| JENKINS | 10462-424 | ROBISON | 06386-046 | ZELAYA | 10716-041 |
| MARTINEZ | 14202-424 | MYRICK | 04755-030 | STAPLES | 11534-026 |
| WHITE | 06983-073 | GIBSON | 11268-095 | MONDRAGON | 07038-030 |
| SIOUX | 07842-046 | MONSON | 06685-029 | RICHARDSON | 11758-424 |
| GASPER | 05179-025 | TREVINO | 28171-044 | JOHNSON | 31282-044 |
| BAHM | 04418-031 | DICKERSON | 14280-026 | MCDONALD | 17515-045 |
| WATKINS | 17219-047 | NANCE | 28634-076 | CAVAZOS | 11829-030 |
| MALDONADO | 10675-031 | ABANDY | 09315-424 | BAILEY | 26448-044 |

THE WRIT OF MANDAMUS ORDER OF CASE BY CASE SEPARATE HEARING BY TV NEWS AND EACH PERSON ATTORNEY FEES, APPOINTING FOR ALL OTHERS AND TRIAL BY JURY.

NAME OF THE LIST     PLAINTIFF'S OR OTHERS OF ALL UNDER 42 USCS 1983 ACTION

| | | | | | |
|---|---|---|---|---|---|
| MENDOZA | 12174-030 | MCELRATH | 04895-041 | DURAN | 14090-424 |
| GOMEZ | 06641-180 | MARTINEZ | 20456-047 | EDWARDS | 14195-026 |
| VELASQUEZ | 07420-091 | RAMIREZ | 03959-051 | EMERSON | 06959-025 |
| ABUSHAQRA | 10382-424 | COLLINS | 14971-424 | FEISEL | 09540-029 |
| DEALEJANDRO | 11988-030 | JAMES | 14388-424 | FIELDS | 31572-044 |
| MORRIS | 02604-046 | JO | 01183-112 | FLAUGH | 02820-029 |
| RICE | 09061-041 | ANGUIANO | 11528-112 | FULLER | 13497-045 |
| JOHNSON | 09961-081 | VAUGHN | 10698-026 | GARNER | 17988-045 |
| BAUM | 05456-112 | ADAMS | 28561-044 | GIBSON | 06474-030 |
| TURNER | 14253-424 | ACEVEDO | 04413-028 | TAYLOR | 30686-044 |
| LY | 07156-030 | ARAUJO | 18876-047 | THURSTON | 36023-180 |
| SY | 07746-027 | BARRETT | 05200-090 | TURNER | 03746-061 |
| ELLIS | 04629-041 | BELL | 26163-044 | WAGNER | 30717-044 |
| RODRIGUEZ | 26664-198 | BEY | 38149-019 | WATERS | 05013-025 |
| AVILA | 07699-027 | BOARD | 12750-026 | WATSON | 01784-025 |
| PACHECO | 18145-047 | BOLDEN | 12124-026 | WEIG | 08585-030 |
| CAUTON | 85054-022 | BOYD | 18498-044 | WHITE | 06452-025 |
| DERKS | 05130-090 | BRADLEY | 01448-112 | WHITE | 28571-044 |
| MOORE | 08424-091 | BRATCHER | 05429-025 | WIGGINS | 14047-026 |
| SENZ | 27042-077 | BROWN | 13793-026 | WILSON | 05972-089 |
| DEVERS | 18859-047 | BUECHEL | 32648-044 | WILSON | 11027-031 |
| ANTONIO | 11359-041 | BULLOCK | 01181-025 | ZIERKE | 01407-045 |
| HURTMAN | 06348-030 | CANNON | 14110-026 | GILLAUM | 05070-090 |
| YANG | 11201-041 | CLAIBORNE | 02227-424 | GLOVER | 16068-424 |
| TOWNSEND | 97135-011 | CLARK | 08040-029 | GORE | 29554-044 |
| LOR | 06269-089 | COLLINS | 02203-025 | HANSEL | 05486-025 |
| WELCH | 15771-047 | COLLINS | 11203-026 | HARPER | 05985-090 |
| DAVIS | 14152-026 | COOPER | 13893-045 | HARTLEY | 11902-030 |
| GONZALEZ | 82341-079 | CRIDER | 39938-018 | HOOD | 27754-044 |
| BOUNMY | 09709-073 | CURTIS | 04255-062 | HOWELL | 06675-089 |
| BRUMMITT | 05726-090 | DEPPER | 06594-025 | LYTTLE | 05838-025 |
| OLIVER | 47693-019 | DICKERSON | 01367-025 | PETERS | 07354-089 |
| SAWYER | 08038-029 | DORSEY | 20423-044 | EDDIE | 20502-424 |

THE WRIT OF MANDAMUS ORDER OF CASE BY CASE SEPARATE HEARING BY TV NEWS FOR ALL OTHERS, CITIZENSHIP CARDS WITH FAMILIES, EXPUNGE OF CRIMINAL RECORDS BY EXECUTIVE ORDER, NOR HEALTH FEES CHARGE, PEONAGE, ATTORNEY FEES FOR EACH PERSON, AND APPOINTING BY JURY. NO DISCRIMINATE, FAIRLY,

NAMES OF THE LIST OF PLAINTIFFS OR OTHERS UNDER 42 USCS 1983 CIVIL ACTION

| | | | | | |
|---|---|---|---|---|---|
| MARTINEZ | 24434-112 | BROWN | 30842-044 | HAMILTON | 06900-025 |
| WASHINGTON | 05299-025 | BROWN | 92308-020 | HAMILTON | 28393-044 |
| WEIG | 08585-030 | BROWNING | 15614-077 | HARRIS | 26617-044 |
| WELCH | 29495-044 | BRYANT | 14529-045 | HARRIS | 29456-044 |
| PAIGE | 04756-045 | BULLOCK | 01181-025 | HERTZBERGE | 07254-028 |
| WHITLEY | 29770-044 | BURT | 12431-051 | HOLLINGS | 08367-091 |
| WILEY | 11192-040 | CANNON | 14110-026 | JENKINS | 14355-424 |
| WILLIAMS | 07035-025 | CARDENA | 56717-097 | JOHNSON | 06605-025 |
| WILLIAMS | 13331-026 | CARTER | 31045-044 | JOHNSON | 14937-424 |
| WILLIAMS | 18640-047 | CLAPP | 12509-045 | JOHNSON | 18161-045 |
| WILLIS | 19705-047 | CLARKSON | 13420-045 | JONES | 18867-047 |
| WILSON | 04901-090 | COLLINS | 02209-025 | JONES | 29475-044 |
| WILSON | 05972-089 | COOPER | 07681-041 | JORDAN | 20107-047 |
| WILSON | 13506-045 | COTTO | 21790-424 | KING | 12299-424 |
| WILSON | 31104-044 | CROSS | 08387-027 | RIMMER | 06720-045 |
| PRIMERS | 15197-045 | CURTIS | 04255-062 | KINZEBACH | 08616-030 |
| ADAMS | 28561-044 | DAY | 04712-025 | KORN | 07516-041 |
| WILLIAMS | 09428-081 | DICE | 10711-031 | LADD | 05862-0410 |
| ALICEA | 19352-018 | DOCK | 09472-078 | LAMPKIN | 06708-025 |
| ALLEN | 32747-013 | DOIAS | 32080-177 | LAWSON | 16212-045 |
| ARZOLA | 17563-045 | DORNER | 27811-044 | LAWUARY | 24509-044 |
| BAILEY | 02868-029 | DORTCH | 11807-030 | LEE | 89972-022 |
| BARNES | 16625-045 | DUNIGAN | 09833-031 | LEONARD | 30619-044 |
| BASS | 25044-044 | EMERY | 07119-025 | LOMBARDO | 05994-089 |
| BECK | 26211-044 | ERWIN | 19036-047 | MARCH | 12017-030 |
| BELL | 04838-028 | ESTRELLA-Y | 06839-085 | MARRISSETT | 12697-026 |
| BELLEW | 27562-044 | EVANS | 09024-041 | MCCALL | 29469-044 |
| BINDER | 29808-044 | EVERETT | 30624-044 | MCCOLLUM | 24596-044 |
| BISHOP | 10986-031 | FISHER | 09819-073 | MCCONNELL | 18800-047 |
| BOCK | 05665-025 | GALVAN | 18334-044 | MCDONALD | 12364-041 |
| BOYD | 31640-044 | GOASA JR | 11737-042 | MILLER | 13238-026 |
| BRASHIER | 06861-028 | GONZALEZ-A | 60275-180 | MOLINA-GOM | 13781-424 |
| BROWN | 07889-028 | GREEN | 16620-034 | MORRIS | 18164-045 |
| BROWN | 14863-031 | GREGG | 05226-025 | NEAL | 04221-025 |
| BROWN | 16528-045 | GUTIERREZ- | 70973-198 | NICHOLSON | 06308-089 |

NAMES OF THE LIST OF PLAINTIFFS OR OTHERS  UNDER 42 USCS 1983 CIVIL ACTION

| | | | | | |
|---|---|---|---|---|---|
| NORTHINGTO | 04941-025 | TURNER | 09948-040 | WEBSTER | 17192-047 |
| PARHAM | 08013-030 | VASQUEZ | 48651-180 | WILLIAMS | 06375-030 |
| PARR | 08216-027 | VELARDE | 08546-045 | MANLEY | 18790-044 |
| PECK | 12726-026 | WAGNER | 31643-044 | WASHINGTON | 05381-025 |
| PERRY | 31310-044 | WALKING EA | 02897-046 | THOMPSON | 10919-041 |
| POTTER | 06030-030 | WASHINGTON | 05381-025 | ALLEN | 32747-013 |
| PRUE | 27978-198 | ARNOLD | 23427-044 | ARZOLA | 17563-045 |
| REARDON | 14058-026 | BEY | 38149-019 | BLUE | 09590-031 |
| REED | 12576-067 | CANNELLA | 25622-044 | BOAZE | 26353-044 |
| ROBINSON | 01233-025 | CLESSON | 13370-026 | CERVANTES | 17935-045 |
| ROBINSON | 21179-044 | CLOUGH | 15988-045 | CLEGGETT | 04437-025 |
| ROCKELMAN | 04549-030 | CREWS | 03677-025 | GILL | 09731-045 |
| ROWLAND | 06562-030 | CRIDER | 39938-018 | HAFERKAMP | 29186-044 |
| RUSH-BEY | 29137-138 | EVANS | 05317-010 | HASLIP | 10922-041 |
| RYAN | 18154-047 | HANSEN | 07954-028 | MORTENSEN | 15803-047 |
| SAUDER | 13079-026 | HECK | 20675-047 | PAYAN-CARR | 10171-031 |
| SAUNDERS | 13575-424 | HOFFMAN | 04293-025 | POTTER | 06030-030 |
| SCHMID | 06538-025 | JAKOUBEK | 30560-044 | TAYLOR | 17799-047 |
| SCOTT | 12395-040 | JENNINGS | 05948-025 | WALKER | 32654-044 |
| SCRUGGS | 17257-045 | JOHNS | 27856-044 | WARREN | 21691-112 |
| SEALS | 31031-044 | JOHNSON | 08498-030 | WATSON | 01784-025 |
| SENG | 09902-073 | LEWIS | 12603-424 | WEIG | 08585-030 |
| SESSON | 25008-044 | LIEDEKE | 23166-056 | WELCH | 29495-044 |
| SEWELL | 06958-025 | LOVELESS | 07939-046 | WHITE | 06452-025 |
| SLOAN | 13089-026 | LYLE | 21053-424 | WHITE | 28571-044 |
| SMILEY | 06529-025 | O'NEAL | 07829-059 | WHITEHEAD | 03708-025 |
| SMITH | 04090-090 | PLENTY ARR | 09499-073 | WHITLEY | 28770-044 |
| SMITH | 14524-045 | REINOLDS | 19026-031 | WILLIAMS | 06305-031 |
| STEPHENS | 86925-011 | RICHMOND | 04024-025 | WILLIAMS | 06597-025 |
| STEWART | 06711-028 | RILEY | 04633-000 | WILLIAMS | 06699-025 |
| SUTTON | 18673-047 | RILEY | 11990-026 | WILLIAMS | 07035-025 |
| TAYLOR | 02079-025 | ROBINSON | 01233-025 | WILLIAMS | 09428-081 |
| TAYLOR | 05579-025 | SHARKEY | 04532-025 | WILLIAMS | 11695-064 |
| TAYLOR | 06272-033 | STOLLEIS | 13959-026 | WILLIAMS | 13331-026 |

" WITHOUT PRICE DISCRIMINATION." BY JURY.

NAMES OF THE LIST OF PLAINTIFFS OR OTHERS UNDER 42 USCS 1983 CIVIL ACTION

| Name | Number | Name | Number | Name | Number |
|---|---|---|---|---|---|
| WILLIAMS | 31960-044 | SMITH | 14524-045 | MCCELLEARY | 25799-044 |
| WILLIS | 19705-047 | STEWART | 06711-028 | MCCRAY | 08980-026 |
| WILLIS | 31028-044 | STEWART | 32212-044 | MCCULLOUGH | 13667-047 |
| WILSON | 05972-089 | STRINGER | 06577-025 | MCCULLOUGH | 16848-039 |
| WILSON | 13506-045 | STURGIS | 11248-041 | MCMANNESS | 07579-003 |
| WILSON | 31104-044 | SULLIVAN | 12544-026 | MILLER | 13238-026 |
| WOODS | 02842-025 | SUTTON | 18673-047 | MITCHELL | 14778-045 |
| WORLEY | 03314-046 | TALBOTT | 04895-028 | MURPHY | 15782-424 |
| BROWN | 05263-025 | TAYLOR | 05579-025 | NICHOLSON | 06308-089 |
| CANTRELL | 23741-044 | TAYLOR | 07552-028 | NIELSEN | 11907-424 |
| COLLINS | 09591-045 | THOMPSON | 06830-028 | OROZCO-GAL | 18487-047 |
| COOPER | 07681-041 | TILLMAN | 11242-424 | PALMER | 09213-062 |
| POTTER | 06030-030 | TURNER | 09948-040 | PERKINS | 30167-044 |
| STAPLES-BE | 29363-044 | VASQUEZ | 48651-180 | PERRY | 31310-044 |
| TORRES | 06221-030 | VELARDE | 08546-045 | PLENTY ARR | 09499-073 |
| VAUGHN | 14538-045 | VOEGTLIN | 30835-044 | PORTER | 08956-029 |
| RILEY | 04633-000 | VORTIES | 14252-026 | POTTER | 06030-030 |
| RIOS | 09842-031 | VOSHELL | 05032-030 | REID | 27922-044 |
| RIVARD | 05440-089 | WADE | 06706-025 | FOX | 07029-025 |
| ROBLEZ | 02653-029 | KINZEBACH | 08616-030 | GALVAN-BAR | 62385-208 |
| RODRIGUEZ | 01164-069 | LAWUARY | 11196-026 | GARCIA-CER | 33011-179 |
| ROWLAND | 06562-030 | LEE | 42671-060 | GILLAUM | 05070-090 |
| RUNIONS | 17189-045 | LEWIS | 30729-044 | GIVENS | 30713-044 |
| ESCAMILLA | 65868-079 | LEOWE | 10219-016 | GLOVER | 16068-424 |
| SAVAGE | 04947-090 | LOPEZ | 06106-090 | GONZALEZ | 60275-180 |
| SAVAGE | 18226-047 | LOVE | 06740-028 | GORE | 29554-044 |
| SCHMID | 06538-025 | LOVE | 24055-044 | GREEN | 16620-034 |
| SCOTT | 12395-040 | LUE | 16955-045 | GREGG | 05226-025 |
| SEASTRAND | 08918-029 | LYONS | 25242-001 | GRIFFITHS | 14030-026 |
| SESSON | 25008-044 | MACDONALD | 30818-044 | GUYON | 25180-044 |
| SIFORE | 12056-030 | MARTINELLI | 07380-018 | HALE | 07241-030 |
| SKORNIAK | 13772-047 | MARTINEZ | 24434-112 | HALL | 02148-025 |
| SMILEY | 06529-025 | MARTINEZ-S | 02793-029 | HARPER | 05985-090 |
| SMITH | 02772-089 | MASSEY | 29398-044 | HARRIS | 04514-025 |
| SMITH | 04090-090 | MCCALL | 29469-044 | HARRIS | 29456-044 |

NAMES OF THE LIST OF PLAINTIFFS OR OTHERS UNDER 42 USCS 1983 CIVIL ACTION

| | | | | | |
|---|---|---|---|---|---|
| HATCHER | 16673-045 | CLAPP | 80143-008 | BASS | 03097-029 |
| HERMOSILLO | 32004-177 | CLARKSON | 13420-045 | BISHOP | 10986-031 |
| HERNANDEZ | 14460-026 | CLESSON | 13370-026 | BRADLEY | 04977-025 |
| HERNANDEZ | 15994-045 | COLLIER | 07038-028 | FOX | 07029-025 |
| HERTZBERGGE | 07254-028 | COLLINS | 02209-025 | GUNN | 20546-044 |
| HICKMAN | 14075-045 | COLLINS | 04785-089 | HICKS | 25612-025 |
| HILL | 31695-044 | COLLINS | 06375-025 | JOHNSON | 06062-025 |
| HISHAW | 14125-064 | COLYER | 25110-044 | LOPEZ | 06106-090 |
| HOFFMAN | 04293-025 | CONLEY | 06194-027 | MCCELLEARY | 25799-044 |
| HOLLINGS | 08357-091 | COOPER | 28529-044 | OLESON | 07721l-051 |
| HOLMES | 25630-044 | COTTO | 21790-424 | PIKE | 11092-041 |
| HOOD | 27754-044 | COVINGTON | 10418-171 | PORTER | 27741-044 |
| HORTON | 02458-090 | COWPER | 29030-044 | RAYTON | 14610-031 |
| JAKOUBEK | 30560-044 | CROSS | 08387-027 | ROGERS | 14043-424 |
| JENKINS | 14355-424 | CROSS | 29409-044 | STUMPF | 63940-065 |
| JENNINGS | 05948-025 | CURTIS | 04255-062 | WALKER | 32654-044 |
| JOHNSON | 06062-025 | CZECK | 00828-041 | SAUNDERS | 13575-424 |
| JOHNSON | 06605-025 | DAVIS | 12466-026 | RUSSELL | 18877-047 |
| JOHNSON | 08190-112 | DEPPER | 06594-025 | CZECK | 00828-041 |
| JONES | 06064-030 | DICE | 10711-031 | GARCIA | 49905-079 |
| JONES | 07934-029 | DOCK | 09472-078 | TRIPLETT | 24312-044 |
| JONES | 17689-045 | DOIAS | 32080-177 | DONAHUE | 06041-045 |
| JONES | 18867-047 | DORNER | 27781-044 | HERNANDEZ | 14460-026 |
| JONES | 29475-044 | DOUGLAS | 03559-025 | FRAKES | 06469-025 |
| KIDD | 04850-025 | DUNIGAN | 09833-031 | STONEBURNER | 13025-026 |
| KING | 12299-424 | EMERY | 22855-013 | WRIGHT | 07540-030 |
| BROWN | 25105-044 | EMIN | 29413-044 | MEANS | 07476-032 |
| BROWN | 92308-020 | ESTRADA-L | 12410-424 | MENDOZA | 14013-031 |
| BROWNING | 15614-077 | EVANS | 09024-041 | WILLIS | 19705-047 |
| BURKE | 03830-025 | EVANS | 32176-044 | CLAPP | 80143-008 |
| BURT | 12431-051 | FERREIRA-S | 06941-089 | MURPHY | 15782-424 |
| CANNON | 14110-026 | FITCH | 07755-029 | DUNBAR | 11764-030 |
| CARDENAS | 56717-097 | SMITH | 19750-044 | KLOPPENBUR | 09237-029 |
| CARDONA | 20502-424 | RIMMER | 06720-045 | MEDRANO | 17348-424 |
| CHANDLER | 16699-074 | HODGES | 12302-026 | ERWIN | 19036-047 |

NAMES OF THE LIST OF THE PLAINTIFFS OR OTHERS OF ALL UNDER 42 USCS 1983

| | | | | | |
|---|---|---|---|---|---|
| ARNOLD | 23427-044 | GARIVER | 31948-044 | WHITNEY | 32828-044 |
| SMITH | 32238-044 | REITTER | 16038-045 | WOODS | 26235-044 |
| WHITNEY | 32828-044 | HAMILTON | 16900-025 | MCGEE | 28468-044 |
| AVALOS | 01217-112 | ROGERS | 05938-025 | KING | 33012-044 |
| ZAKRZEWSKI | 25162-044 | BRATCHER | 05429-025 | KNOX | 17157-424 |
| BAILEY | 30330-044 | PAXTON | 30663-044 | NORDEN | 20126-047 |
| BENNETT | 30242-044 | BRANCH | 28096-044 | LONG | 63217-025 |
| CANTY | 94658-071 | MCXWELL | 31799-044 | MATTSON | 08018-030 |
| CRUZ | 56318-180 | ANDERSEN | 144887-047 | SALGADO | 49976-179 |
| DAVIS | 21771-424 | BOYER | 26482-044 | HEAFNER | 29921-044 |
| FRYER | 01029-424 | BRADLEY | 32851-044 | NEBBITT | 30864-044 |
| GARDNER | 07143-028 | BROWN | 30947-044 | MORTON | 16864-045 |
| GARRETT | 10783-424 | BURCH | 04193-025 | WEATHERFOR | 23456-009 |
| GOMEZ | 32673-112 | CALVERT | 17539-045 | WILLIAMSON | 32418-044 |
| HERR | 08653-073 | CROSS | 33046-044 | VILLAN-CAM | 16699-051 |
| HUDSON | 26107-044 | FELTON | 07121-025 | POTTER | 09480-026 |
| SROHCHEN | 51129-025 | FRANKLIN | 15129-424 | RUBALCABA | 12622-424 |
| SMITH | 18745-044 | GARNER | 07320-089 | SHELTON | 06722-025 |
| BROWN | 25105-044 | GATES | 16006-045 | WALLER | 06760-025 |
| FORD | 28550-044 | GRADY | 22518-044 | BALL | 31757-044 |
| WILSON | 26601-138 | HINDSMAN | 29852-044 | PONCE | 56549-080 |
| BOYER | 26482-044 | JOHNSON | 03126-424 | COLLINS | 02209-025 |
| BRADLEY | 32851-044 | JOHNSON | 23782-044 | AMARRA | 94962-011 |
| BROWN | 30947-044 | LEE | 42671-060 | COOLEY | 24481-044 |
| CALVERT | 17539-045 | LEWIS | 07222-062 | FULLER | 32804-044 |
| CROSS | 33046-044 | MANCUS | 06286-067 | STRAYHORN | 33183-044 |
| FELTON | 07121-025 | MAXEY | 15772-045 | FOUTCH | 09823-062 |
| HINDSMAN | 29852-044 | NEWBERN | 05169-025 | COTTON | 33188-044 |
| JOHNSON | 23782-044 | PORTER | 07040-025 | SHEPARD | 19969-044 |
| PORTER | 07040-025 | SMITH | 32238-044 | LOPEZ | 09355-029 |
| ADDISON | 16610-045 | WELCH | 33027-044 | RODRIGUEZ | 52578-079 |
| MCCELLERRY | 25799-044 | SPARKS | 38138-044 | LEWIS | 07598-025 |
| | | | | EDWARDS | 33190-044 |

NAMES OF THE LIST OF THE PLAINTIFFS OR OTHERS OF ALL UNDER 42 USCS 1983

| | | | | | |
|---|---|---|---|---|---|
| CRAINE | 07831-010 | HENDERSON | 03949-025 | HILTIBAL | 06835-025   1-23-07 |
| CLARK | 32563-044 | HENDERSON | 32826-044 | CHEATWOOD | 12739-078 |
| BUTLER | 33018-044 | KELLY | 10564-424 | WALKER | 08302-028 |
| BALL | 27744-044 | THOMPSON | 30324-044 | TERRELL | 06841-025 |
| BLOUNT | 06993-025 | SANDERS | 25951-044 | SMITH | 18933-045 |
| BRADLEY | 32851-044 | SCROGGINS | 07117-091 | PAYNE | 06045-089 |
| SIMPSON | 11993-026 | PARKS | 16629-045 | HOLT | 16040-045 |
| HOLLOWAY | 12765-040 | HARDIMAN | 05245-028 | GOLF | 06831-025 |
| FORD | 12725-040 | BINGHAM | 09113-029 | GOODPLUME | 09115-073 |
| OUTLAW | 08808-029 | GREY | 07976-033 | FALEIDE | 09251-059 |
| WHISBY | 08139-029 | GRIFFEN | 33013-044 | RODRIGUEZ | 29335-112 |
| CREWS | 03677-025 | SMITH | 05663-090 | FREIMUTH | 10161-424 |
| CARLSON | 02282-029 | EDWARDS | 33190-044 | ESPINO | 12877-041 |
| HENSON | 06862-025 | EVANS | 04032-789 | SANCHEZ-A | 09992-180 |
| SENG | 09902-073 | SMITH | 08114-089 | MUDD | 08742-033 |
| JOHNSON | 03126-424 | BUSH | 22139-039 | MORRISON | 14299-045 |
| BROWN | 32507-044 | GUY | 08795-027 | SCOTT | 64269-061 |
| RODRIGUEZ | 07148-081 | GARCIA-SER | 33383-044 | MOORE | 25627-039 |
| SMITH | 09379-081 | AGUILAR | 01168-748 | HUCKS | 50799-083 |
| SALAZAR | 22036-424 | FORD | 40106-060 | SANCHEZ | 43728-179 |
| MANARO | 18116-424 | SHELL | 06337-025 | CARTER | 13507-045 |
| PINKIN | 18074-424 | GUNN | 29546-044 | SMITH | 18933-045 |
| CASOLARI | 06869-025 | MOTT | 25829-044 | LOVE | 32591-044 |
| CONTRERAS | 18206-424 | MASON | 13122-026 | BELL | 04220-090 |
| AYERS | 33194-044 | NEWBURN | 05169-025 | BROWN | 32959-044 |
| BREWER | 13864-026 | HORNER | 89061-022 | CLARK | 18611-424 |
| EMIN | 29413-044 | CAMPOS | 96000-198 | COPE | 62426-097 |
| PAXTON | 30663-044 | YATES | 06733-028 | DE-LA-PENA | 31565-044 |
| HAMMOND | 18729-424 | AGUILAR | 05253-010 | GOYER | 10996-031 |
| HENDERSON | 20869-047 | GUTIRREZ | 70973-198 | HADLEY | 12607-040 |
| JONES | 19267-018 | SANDOVAL | 43438-008 | HAMILTON | 02557-025 |
| BROWN | 28531-044 | CERVANTES | 17935-045 | WALLS | 10399-032 |
| RODRIGUEZ | 07148-031 | FRANKLIN | 08054-028 | MCKEE | 27944-044 |
| | | | | LEZAMA | 12880-041 |

NAMES OF THE LIST OF THE PLAINTIFFS OR OTHERS OF ALL UNDER 42 USCS 1983 ACTION

| | | | | | |
|---|---|---|---|---|---|
| NOEL | 17477-045 | CAYSON | 12320-042 | FORD | 06435-028 |
| BEHRENS | 17478-047 | CHAVEZ | 27538-013 | GARRISON | 06830-025 |
| WELTCH | 29495-044 | BARKER | 20985-424 | HOWZE | 02627-089 |
| YOHO | 09462-062 | BETZ | 20840-044 | JENKINS | 07465-089 |
| TAYLOR | 12205-030 | BRUSH | 10375-040 | LACEY | 10329-045 |
| EARL | 30600-044 | CANAS-CRUZ | 18393-424 | HAYES | 08628-027 |
| BENSON | 06422-025 | SANDERS | 41529-074 | HOPE | 33314-044 |
| GARCIA | 40551-039 | GONZALEZ-A | 60275-180 | HOWARD | 06832-025 |
| HEMPHILL | 09823-029 | ARMENDARIZ | 27676-180 | ALEXANDER | 13095-026 |
| MCXWELL | 09667-029 | GARZA | 68402-079 | YOUNG | 09268-026 |
| SCHRAGE | 08282-029 | BRIMITE | 11203-040 | WHITE | 04888-025 |
| YATES | 06733-028 | ESTELL | 10876-071 | TREVINO | 63948-079 |
| RYALS | 91492-020 | MATA | 57657-180 | SCHMIDT | 12672-073 |
| PROKES | 59855-066 | SMITH | 05415-045 | SHUFF | 14565-026 |
| WRIGHT | 32803-037 | FLOOD | 20572-047 | SPARKS | 14623-026 |
| HOWARD | 11205-041 | GILMAN | 07198-025 | CAIN | 11654-045 |
| KING | 12516-040 | GONZALEZ | 30673-160 | NUNN | 04066-041 |
| KING | 32825-044 | HARROD | 04959-000 | VINJE | 11470-041 |
| MORGAN | 96729-198 | HOUSTON | 19777-076 | WALKER | 27863-044 |
| MORNINGSTA | 07559-059 | JACKSON | 07726-033 | DOWDY | 05794-045 |
| PERALES | 03208-029 | LAWRENCE | 11410-031 | MINNIS | 31448-044 |
| RODGERS | 26004-001 | LEE | 09990-062 | MCGRANE | 09079-026 |
| MCCRARY | 01333-190 | MCCORMICK | 16942-047 | LOVE | 29601-044 |
| WHITE | 14104-026 | MCGOWAN | 13019-171 | BORDEAUX | 04808-073 |
| WHITEDIRT | 05970-046 | REED | 04864-025 | NETTLES | 08726-045 |
| SAVAGE | 20747-112 | ROTHMAN | 40205-060 | KINCAID | 17293-045 |
| SKINNER | 02727-025 | RUKCIC | 32274-044 | MCCREE | 01695-424 |
| GILLESPIE | 66100-061 | SHEPHERD | 12732-040 | CARTER | 67292-208 |
| HALLOCK | 08388-029 | STOUT | 12004-030 | DUVALL | 08313-089 |
| HARRIS | 08027-029 | TULLIS | 11004-031 | GARCIA | 18926-424 |
| HICKEY | 41519-074 | BROWN | 32959-044 | JACKSON | 05147-027 |
| PAYNE | 21669-424 | COLLINS | 14580-026 | HORTON | 32737-044 |
| DORSEY | 06788-068 | CRUMP | 06890-025 | HART | 06502-025 |
| DIAZ-PEREZ | 38950-179 | EDWARDS | 33159-044 | BURROWS | 12804-026 |
| | | | | MCDANNALD | 24147-001 |

NAMES OF THE LIST OF THE PLAINTIFFS OR OTHERS OF ALL UNDER 42 USCS 1983 ACTION

| | | | | | |
|---|---|---|---|---|---|
| LAJOIE | 93473-011 | ROCHE | 20234-424 | ALEXANDER | 27937-044 |
| JARVEY | 07272-046 | RODRIGUEZ | 53659-179 | BROWN | 13282-045 |
| HERNANDEZ | 13136-208 | ROSALES-M | 06146-046 | PRICE | 06820-025 |
| MISHIER | 07047-027 | SENA | 27220-180 | SCOTT | 22046-424 |
| MORRIS | 32323-044 | THOMAS | 24790-077 | RACINE | 26130-112 |
| HOOD | 27754-044 | VACANTI | 19930-047 | MONTES | 87572-079 |
| RAMOS-GON | 32296-013 | WILL | 12479-040 | CLAY | 25994-044 |
| RANK | 03246-029 | WISE | 10548-032 | CAMPBELL | 13902-045 |
| SMITH | 04090-090 | YAH | 19417-013 | DATES | 15976-047 |
| WOODSON | 13335-026 | BOARD | 12750-026 | GREAM | 19345-044 |
| GRAY | 15131-045 | doka | 85463-008 | JEFFERIES | 20637-076 |
| GRAY | 32766-044 | GALLEGOS | 90441-198 | MCMAHAN | 18899-045 |
| WALLACE | 05810-027 | MANARO | 18116-424 | MCKEAN | 13799-081 |
| HINDSMAN | 29852-044 | WILLIS | 05784-007 | HAIRE | 26056-044 |
| ALEXANDER | 04759-025 | GREEN | 08281-089 | HARRIS | 07610-030 |
| AUTRY | 10113-033 | RAUSCH | 03123-029 | WARTS | 20598-047 |
| BEAIRD | 13712-026 | JACOBS | 15813-045 | RIESER | 32776-044 |
| BIBBS | 16416-045 | GILLESPIE | 66100-061 | ROBERSON | 32930-044 |
| CORONA-P | 09448-078 | MENDOZA | 32178-080 | WESTBROOK | 02937-027 |
| DAVIS | 21071-424 | GOREE | 06898-025 | WILSON | 15838-047 |
| DUNBAR | 15048-031 | JONES | 33071-044 | PARKER | 06248-090 |
| GEORGE | 08813-027 | JONES | 14863-075 | INGRAM | 18283-045 |
| GREEN | 08281-089 | BARLOW | 32605-044 | JONES | 06064-030 |
| GREEN | 33245-044 | HIRMAN | 12688-041 | GROSS | 14031-026 |
| HARGROVE | 40082-039 | SANTIAGO | 34337-013 | TAYLOR | 12205-030 |
| HERNANDEZ | 12682-424 | SCHROPP | 32903-044 | GREEN | 26857-044 |
| KHALIL | 21191-424 | CASTORENA | 09928-031 | BEY | 32323-044 |
| LARA-HER | 43580-060 | CHEATWOOD | 12739-078 | VISOR | 30089-044 |
| LOPEZ-V | 33577-013 | LYONS | 25242-001 | ESPINOZA | 17464-180 |
| MARTINE | 26888-051 | MAHAN | 11958-045 | HOWE | 09871-029 |
| MOLINA | 60078-180 | WILLIAMS | 07035-025 | JONES | 08641-424 |
| MONTOS | 87572-079 | ROSILLO | 12560-179 | LOVEJOY | 20748-047 |
| PATCHEN | 12456-045 | SAHAKIAN | 54744-097 | POE | 03144-025 |

NAMES OF THE LIST OF THE PLAINTIFFS OR OTHERS OF ALL UNDER 42 USCS 1983 ACTIO

| | | | | | |
|---|---|---|---|---|---|
| WALKER | 06122-030 | CLARK | 21883-424 | LYONS | 20364-076 |
| CRAINE | 07832-010 | COLINDRES | 07690-030 | RIVERA | 19070-424 |
| BIBBS | 14310-424 | FORD | 08083-030 | SMITH | 16031-014 |
| BUCHANAN | 08979-033 | JENKINS | 08820-027 | SWINSON | 33086-183 |
| CHANEY | 04860-028 | MCAFEE | 19038-045 | KINZEBACH | 08616-030 |
| DUNN | 30538-044 | PAPIESE | 19033-424 | FERREIRA | 06941-089 |
| MCCOY | 02400-089 | SANCHEZ | 69532-065 | CHANDLER | 16699-074 |
| SANTANA | 04862-055 | SLATE | 11658-078 | BRANSON | 12368-424 |
| SYSOMPHENG | 13699-026 | SOPER | 11931-030 | MURATELLA | 14517-047 |
| WATT | 20598-047 | WATKINS | 16758-045 | RILEY | 04633-000 |
| HEATH | 12453-040 | LAWSON | 16212-045 | GRIFFITH | 13006-026 |
| CONTRERAS | 06172-030 | PEREZ | 60397-080 | HOBBS | 05188-025 |
| DAVIS | 09739-029 | RIOS | 69532-065 | GATHINGS | 08073-030 |
| DELGADO | 07679-030 | OECHSLE | 89904-012 | GIPSON | 07914-030 |
| HARVEY | 03144-089 | CONDON | 12453-040 | KING | 14968-045 |
| KENNEDY | 38739-179 | COX | 13715-025 | ARCHIE | 30662-060 |
| MARTIN | 28521-077 | FREEMON | 13952-026 | MICHAEL | 11088-046 |
| MARTINEZ | 94526-079 | MARTINEZ | 69413-079 | EDUARDO | 30516-112 |
| HICKEY | 21941-424 | RUNS | 08181-046 | SHRAKE | 05988-090 |
| PADEN | 12336-171 | SANCHEZ | 69496-065 | REACHMACCK | 35512-007 |
| RUNTHOUGH | 08181-046 | WILLIAMS | 13441-026 | PAULINO | 13047-040 |
| LOPEZ | 05729-089 | WILSON | 12795-026 | MOORE | 07605-089 |
| RICKETTS | 09542-064 | CONTRERAS | 06172-030 | WAYNE | 05912-424 |
| THOMPSON | 30324-044 | JAMES | 06434-025 | LEE | 05900-090 |
| DUKE | 04106-041 | | | GRANDCHAMP | 05276-046 |
| BROWN | 33172-044 | REED | 04731-025 | GARLIGTON | 16927-045 |
| DORSEY | 03395-044 | MCCAW | 29145-044 | GARDNER | 41541-074 |
| HOUGHTON | 00530-028 | HORTON | 02458-090 | ALEXIUS | 14700-045 |
| SMITH | 33495-044 | CURTIS | 37305-079 | MARRISSETTE | 12697-026 |
| WATKINS | 28015-044 | MONTEIRO | 46812-019 | BLANCO | 38859-203 |
| WHITE | 04978-025 | SIMIEN | 11710-078 | BLANCO | 19044-047 |
| FORGY | 07232-025 | EDDY | 25653-001 | FUGET | 22380-044 |
| BENITEZ | 09424-085 | GORDON | 05577-089 | NEWMAN | 19373-047 |
| | | HENSON | 08114-028 | PINSON | 05558-025 |

NAMES OF THE LIST OF THE PLAINTIFFS OR ALL OF OTHERS UNDER 42 USCS 1983 ACTION

| | | | | | |
|---|---|---|---|---|---|
| RODGERS | 13937-045 | ALEXIUS | 14700-045 | BURTON | 05174-025 |
| SLATER | 08106-030 | HILL | 33609-044 | CLEMENT | 32323-112 |
| WEAKS | 28697-013 | MITCHELL | 05912-424 | HODGES | 09802-029 |
| REINOID | 19026-031 | BATES | 06321-089 | KINCHEN | 26803-044 |
| KELLY | 10564-424 | AGUILAR | 11387-041 | PAYNE | 28394-034 |
| ALCANTAR | 17432-047 | GARCIA | 58157-179 | SMITH | 10477-040 |
| LANG | 08145-003 | GARZA | 56757-179 | SMITH | 12529-041 |
| HUGHES | 29589-044 | GONZALEZ | 03407-029 | WALLACE | 07956-089 |
| JONES | 33236-044 | HOSCHOUER | 55164-019 | HOLLINS | 29101-044 |
| SOTO | 31975-044 | HUGHES | 06921-025 | BROWN | 27219-044 |
| ROACH | 33608-044 | KEMPIS | 53542-198 | RHONE | 32210-044 |
| DAILEY | 33151-044 | LAMONTE | 12080-030 | THOMAS | 33653-044 |
| KOWALEWSKI | 21552-424 | LOPEZ | 97943-008 | GOOD | 09115-073 |
| BLANCHARD | 10099-273 | OLIVER | 08715-029 | MONAHAN | 09641-073 |
| CLARK | 33134-044 | RAYOS | 65266-179 | MELTON | 06321-025 |
| DAVE | 41540-074 | REACHMACK | 35512-007 | PODRABINOK | 33663-044 |
| FUNK | 03294-087 | RIVERA | 29189-180 | SMITH | 18947-058 |
| HUGHES | 05637-090 | SHELTON | 12815-078 | SIMPSON | 07232-030 |
| LLOYD | 14607-026 | SIMS | 03585-112 | WHITE | 03561-025 |
| LYONS | 20364-076 | STRAUGHN | 16245-047 | WILLIAMS | 05619-000 |
| SCHUG | 13085-041 | TUCKER | 14317-026 | PUIG | 11229-045 |
| TODD | 33497-044 | WHITLOW | 30662-060 | FLAGG | 08179-424 |
| LERMA | 07282-010 | ELLIOTT | 33798-044 | SIFORE | 12056-030 |
| ALDEN | 06327-025 | HUDSON | 33458-044 | LIU | 01765-112 |
| DAROUGH | 07231-025 | PARCHELL | 32124-044 | NEAL | 04221-025 |
| LAMPKIN | 05708-025 | LEWIS | 07222-062 | ALVAREZ | 55145-008 |
| HARRIS | 29137-044 | YAKISH | 05512-030 | CRUZ | 56318-180 |
| MERRITT | 14688-026 | CLARK | 05187-025 | DAVIS | 07939-089 |
| REED | 12576-067 | LITTLE | 26718-044 | HERNANDEZ | 09678-029 |
| WESLEY | 32195-044 | JONES | 06433-025 | SHRAKE | 05988-090 |
| CRENSHAW | 06473-025 | ADAMS | 30226-044 | SMITH | 17569-045 |
| EATON | 14683-026 | JACKSON | 63449-065 | JACKSON | 09297-041 |
| PITTMAN | 57361-019 | MYRICK | 18526-424 | SMITH | 05663-090 |
| ZIERKE | 01407-045 | HARRIS | 29856-044 | TARIN | 15751-047 |

NAMES OF THE LIST OF THE PLAINTIFFS OR ALL OF OTHERS UNDER 42 USCS 1983 ACTION

| Name | Number | Name | Number | Name | Number |
|---|---|---|---|---|---|
| BROWN | 07617-025 | GALVAN | 18334-044 | MCKEE | 27044-044 |
| TAYLOR | 31007-044 | OWENS | 06001-090 | JOHNSON | 07671-027 |
| WEATHERBY | 25614-044 | JOHNSON | 16612-045 | PENA | 06662-027 |
| SMITH | 10477-040 | MURRAY | 19596-045 | SCHARDAN | 09814-040 |
| BASS | 03097-029 | NORDEN | 20126-047 | RHONE | 32210-044 |
| BROWN | 13793-026 | QUEZADA | 17723-045 | SHELTON | 12815-078 |
| TORRES | 28220-180 | ROUNSAVILLE | 21769-424 | WILBOURN | 06946-027 |
| LIDDELL | 08070-030 | SANDS | 21098-047 | TUCKER | 06538-028 |
| LONDON | 16220-424 | SMITH | 32884-044 | TOOLEY | 18151-045 |
| MILLIGAN | 39268-060 | SMITH | 08873-031 | BOREN | 06374-025 |
| PATINO | 38533-179 | GREEN | 16620-034 | BUCHANA | 08979-033 |
| RAMIREZ | 23882-180 | LIDDELL | 08070-030 | BOCK | 05665-025 |
| RUSSELL | 44271-061 | LINDAHL | 17785-047 | THOMAS | 05676-025 |
| DENNIS | 27568-044 | EGSON | 31865-044 | ELLIOT | 33798-044 |
| VACA | 07493-031 | FREEMAN | 95650-024 | MCCAW | 29145-044 |
| VELA | 11769-030 | GRIGGS | 09003-027 | BECKTON | 33918-044 |
| PRUITT | 21986-044 | GUNHAMMER | 12298-073 | CHARLTON | 33850-044 |
| DILLARD | 31065-044 | KELLY | 24077-009 | HILL | 33147-044 |
| JAKOUBEK | 30560-044 | SMITH | 15010-031 | MCGUIRE | 33771-044 |
| RIOS | 06851-025 | FOGARTY | 06617-084 | PARKS | 23680-044 |
| HURST | 25966-044 | BATES | 25136-044 | BROWN | 19485-047 |
| FROST | 05290-025 | JOHNSON | 33802-044 | CASH | 62260-179 |
| LEA | 27568-044 | ANTHONY | 33779-044 | CLEMONS | 26142-044 |
| WHITE | 05736-025 | WAGNER | 30717-044 | COLE | 29917-044 |
| DAVIS | 54232-060 | CANADY | 11466-424 | COSBY | 33325-037 |
| CRAWFORD | 05905-025 | ROCKELMAN | 04549-030 | DAFONSECA | 56751-083 |
| CRAWFORD | 32809-044 | SAMANIEGO | 21853-424 | JONES | 11538-041 |
| JONES | 31805-044 | MAXEY | 15772-045 | MITCHELL | 11504-032 |
| BROWN | 32507-044 | SHEPARD | 19969-044 | MOORE | 13022-047 |
| MILLER | 06384-025 | GARCIA | 09387-045 | MORALES | 65836-179 |
| VILLEGAS | 07553-089 | LEONEL | 11769-030 | PEEPLES | 05916-090 |
| MILLS | 02530-029 | GLOVER | 16068-424 | PETTY | 03338-089 |
| RADERMACHER | 05863-090 | JONES | 12124-026 | PULLEN | 07753-031 |
| RADCSH | 31984-044 | BEASON | 13727-026 | RANDLE | 08404-027 |

BY JURY ON TODAY, NO MORE

NAMES OF THE LIST OF THE PLAINTIFFS OR ALL OF OTHERS UNDER 42 USCS 1983 ACTION

| | | | | | |
|---|---|---|---|---|---|
| REED | 32209-044 | BURNETT | 20644-044 | FORD | 08083-030 |
| RIVERA | 12752-041 | LADD | 05862-090 | HERRERA | 08139-030 |
| SIMPSON | 13246-041 | QUERRERO | 08181-081 | HILL | 21279-047 |
| SMITH | 21071-039 | GARZA | 68402-079 | LEWIS | 14418-031 |
| SMOTHERMAN | 32202-044 | GARCIA | 33383-044 | LINEBGGER | 21460-047 |
| STEWART | 32345-007 | ANDRADE | 36945-179 | MARQUES | 19209-045 |
| STREET | 07527-030 | BRINER | 07663-030 | MCSPARRAN | 17542-045 |
| VARGAS | 18818-424 | BROWN | 19485-047 | MOORE | 20035-047 |
| WALKER | 06939-027 | GARCIA | 09468-059 | SMITH | 21294-047 |
| MOST | 09062-026 | INGRAM | 17016-424 | WILBURM | 11175-031 |
| MILLER | 07723-025 | JOHNSON | 08740-027 | SANTOYA | 08312-089 |
| BLEDSOE | 06940-062 | KEY | 14488-045 | SMITH | 14693-026 |
| HARRIS | 05411-025 | MUDD | 08742-033 | WEIGHT | 07876-030 |
| BRADLEY | 30243-044 | SCOTT | 12249-026 | ADAMS | 13894-026 |
| HAMMOND | 18729-424 | HAMILTON | 02557-025 | ANDERSON | 22330-424 |
| MITCHELL | 14778-045 | WHITELAW | 08439-044 | BAKER | 07350-031 |
| MCCRARY | 07006-045 | WEBB | 08233-025 | BRYANT | 12234-030 |
| HILLARD | 20564-424 | PORTEE | 08459-026 | FARAH | 79317-080 |
| JACKSON | 14707-026 | REDD | 32209-044 | FLETCHER | 25792-044 |
| SIMPSON | 33980-044 | RODGERS | 07724-025 | FLORANG | 09860-029 |
| ROJAS | 94451-011 | CARTER | 07037-025 | GONSALES | 18866-424 |
| VARGAS | 18818-424 | HICKEY | 29141-424 | TODD | 08471-028 |
| WADE | 08613-029 | HARVEY | 25818-044 | PHONEPRASITH | 08161-089 |
| STOLTENBERG | 08319-029 | OCHOA | 19090-047 | RADMANOVICH | 03899-196 |
| SMITH | 21071-039 | HARRIS | 29856-044 | RAYON | 57234-179 |
| STALLINGS | 17370-047 | GONZALEZ | 77432-098 | SCOTT | 07588-027 |
| TRAYLOR | 07599-025 | MATINEZ | 33470-013 | WEDDLE | 16544-064 |
| TAYLOR | 30685-044 | SANTIAGO | 34337-013 | MILNER | 33595-044 |
| RENFROE | 09874-031 | RIOS | 69532-065 | MONTEIRO | 10986-026 |
| HAMILTON | 06900-025 | ESPINOZA | 17464-180 | WALLACE | 32126-044 |
| KEMP | 22594-044 | DIAZ-PEREZ | 38950-179 | GARRISON | 06830-025 |
| GLAPP | 80143-008 | COSBY | 33325-037 | GOFF | 06831-025 |
| CURRIS | 06287-005 | ALEXANDER | 11483-031 | EVANS | 04032-789 |
| LONG | 03217-025 | BARNES | 14957-045 | BANKS | 10623-031 |
| SILVA | 08563-030 | DEPRIEST | 11544-031 | CARTER | 13507-045 |
| HIRMAN | 12688-041 | BY JURY ON TODAY, NO MORE | | FORD | 17165-047 |

NAMES OF THE LIST OF THE PLAINTIFFS OR ALL OF OTHERS UNDER 42 USCS 1983 ACTION

| | | | |
|---|---|---|---|
| MORGAN | 11114-031 | YOHO | 09462-062 |
| SANDERS | 07822-031 | ANDERSON | 22330-424 |
| STOVALL | 15776-047 | FLORES | 60678-179 |
| TATE | 14052-045 | GARNET | 12749-041 |
| WYATT | 05128-030 | JACKSON | 26844-039 |
| YANEV | 08898-026 | GUSMAN | 72089-083 |
| BUENETH | 29617-044 | PALOMEQUE | 03975-298 |
| ADAM | 29669-044 | VALENTINE | 22163-044 |
| JONES | 08471-028 | GATES | 30256-044 |
| REEDER | 10345-078 | VELARDE | 08546-045 |
| JOHNSON | 19281-045 | BALDEN | 12124-026 |
| BELFORD | 33839-044 | HOOD | 07595-089 |
| CALHOUN | 27801-044 | MCGRATH | 20044-018 |
| BRYANT | 33881-044 | | |
| BURNETT | 31933-044 | | |
| LUCAS | 27299-044 | | |
| GOFF | 06831-025 | | |
| WILTIBIDAL | 06835-025 | | |
| DEVALLE | 04374-036 | | |
| GONZALEZ | 90620-076 | | |
| HARRIS | 29456-044 | | |
| HARTLEY | 11902-030 | | |
| MOORE | 33924-044 | | |
| YAH | 19417-013 | | |
| MACK | 17736-424 | | |
| MAYS | 04411-025 | | |
| BEVINEAU | 07665-025 | | |
| CARMEAN | 14732-026 | | |
| BELLEW | 27562-044 | | |
| JINES | 04747-025 | | |
| PARKER | 06914-025 | | |
| SLOAT | 07294-025 | | |
| FIELDING | 07650-025 | | |
| KENILEY | 07664-025 | | |
| JOHNSON | 07754-025 | | |

BY JURY ON TODAY

CERTIFICATION OF SERVICE

THIS IS TO CERTIFY THAT I HAVE, ON __7__ DAY, OF NOVEMBER 2007, PLACED A TRUE AND EXACT COPY OF THE FOREGOING, IN THE U. S. MAILS, VIA CERTIFIED MAIL ADDRESSED TO:

OFFICE OF THE CLERK
U. S. COURTHOUSE
2500 TULARE STREET # 1501
FRESNO, CA 93721

SUPREME COURT OF THE U.S.
OFFICE OF THE CLERK
ONE FIRST STREET, N. E.
WASHINGTON, D. C. 20543

SOLICITOR GENERAL
DEPT OF JUSTICE
950 PENNSYLVANIA AVE, N. W.
WASHINGTON, D. C. 20530

THE WHITE HOUSE AND EXECUTIVE
OFFICE 1600 PENNSYLVANIA AVE, N.W.
WASHINGTON, D. C. 20500

VICE PRESIDENT OF THE U. S.
OLD EXECUTIVE OFFICE BUILDING, N.W.
WASHINGTON, D. C. 20501

THE SENATE OF THE UNITED STATES
JUDICIARY COMMITTEES
224 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON, D. C. 20510

THE HOUSE OF REPRESENTATIVES
JUDICIARY COMMITTEES
2138 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, D. C. 20515

RESPECTFULLY SUBMITTED,

BY

FCI GREENVILLE
PO BOX 5000
GREENVILLE, IL 62246


USA TODAY
7950 JONES BRANCH DRIVE
MCLEAN, VA 22108

LOS ANGELES TIMES
202 1ST STREET L. A. CA 90012

WASHINGTON POST CO
1150 15TH ST, N. W.
WASHINGTON, D. C. 20071

WALL STREET JOURNAL
4300 NORTH ROUTE 1
SOUTH BRUNSWICK, N. J. 08852

CNN & CO 1 CNN CENTER
PO BOX. 105366
ATLANTA, GA 30348

FOX NEWS
1211 AVENUE OF THE AMERICA
N. Y. NY 10036

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Jose Jesus Rodriguez-Quezada

**DEFENDANTS**

Six Unknown Names Agents, et al

FILED
2007 NOV -9 PM 4:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jose Jesus Rodriguez-Quezada
PO Box 5000
Greenville, IL 62246
26664-198

ATTORNEYS (IF KNOWN)

'07 CV 2164  WQH NLS

(Stamps: 2254  1983  FILING FEE PAID Yes No  IFP MOTION FILED Yes No  COPIES SENT TO Court ProSe)

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23    DEMAND $    Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):    JUDGE    Docket Number

DATE    November 9, 2007    SIGNATURE OF ATTORNEY OF RECORD